UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Mag. Judge Case No. 04-1765 CBS |
| | ) |
| ROBERT RUSSO | ) |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Colleen Forgetta, United States Department of Homeland Security, Immigration and Customs Enforcement, do hereby make oath before the Honorable Charles B. Swartwood, III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one ROBERT RUSSO on an indictment filed in the District of Vermont charging the defendant with conspiracy to distribute more than 50 kilograms of marijuana, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Copies of said warrant and indictment are attached.

Colleen Forgetta
Special Agent
United States Department of
Homeland Security
Immigration and Customs
Enforcement

Subscribed and sworn to before me this 15th day of June, 2004

Charles B. Swartwood III
United States Magistrate Judge

CERTIFIED

**COPY**

AO 442 (Rev. 5/93) Warrant for Arrest Modified 1/7/2000 USAO VT

# United States District Court

## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.

ANDREW MESSINA
ROBERT RUSSO

## WARRANT FOR ARREST

CASE NUMBER: 1:04cr80-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Robert Russo _____
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance

In violation of Title _____ 21 _____ United States Code, Section(s) 846 _____

Anne M. Pealley
Name of Issuing Officer

Anne M. Pealley
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

06-02-04          Rutland, VT.
Date and Location

I hereby attest and certify on June 14, 2004, that
the foregoing document is a full, true and correct
copy of the original on file in my office, and in my
legal custody.                    issued by
                    RICHARD PAUL WASKO
                    Clerk, U.S. District Court
                    District of Vermont

                    BY: _____
                                    Deputy Clerk

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms Inc.

CERTIFIED

# COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Criminal No.
)
ANDREW MESSINA, -01 ) 1:04cr 80-01,02
ROBERT RUSSO, -02 )
Defendants. )

## INDICTMENT

### COUNT 1

The Grand Jury charges:

Between in or about August 2001, the exact date unknown, and on or about November 13, 2001, in the District of Vermont and elsewhere, ANDREW MESSINA and ROBERT RUSSO, the defendants, did conspire together and with others to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

The Grand Jury further charges that the offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

(21 U.S.C. § 846)

A TRUE BILL:

_____
FOREPERSON

(TDA)

_____
PETER W. HALL
United States Attorney
Rutland, Vermont
June 2, 2004

I hereby attest and certify on
JUNE 14 2004 , that
the foregoing document is a full, true and correct
copy of the original on file in my office, and in my
legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont

BY: _____
Deputy Clerk